UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE DORRIS and JOHN AXIOTAKIS, *individually and on behalf of all others similarly situated*,

                Plaintiffs,

-against-

DANONE WATERS OF AMERICA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025

No. 22-cv-8717 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    On November 14, 2024, this Court issued an Opinion and Order granting Defendant's motion to reconsider and dismissed the balance of claims related to Plaintiffs' Amended Complaint. (ECF No. 42.) The Opinion and Order gave Plaintiffs leave to file a second amended complaint by December 13, 2024. (*Id.*) Plaintiffs were warned that "[s]hould Plaintiffs not file a Second Amended Complaint within the time allowed, those claims that were dismissed without prejudice will be deemed dismissed with prejudice." (*Id.*) As of April 14, 2025, Plaintiffs have not filed a second amended complaint. Accordingly, it is hereby

    ORDERED that Plaintiffs' claims be dismissed with prejudice.

    The Clerk of Court is respectfully directed to terminate the action.

Dated: April 14, 2025
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1